UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| COLEMAN JOSEPH FENTON, JR.,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | )<br>)<br>)<br>)<br>)  Civil No.  05-181-P-S<br>)<br>)<br>)<br>)<br>) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 17) filed February 2, 2006, the Recommended Decision is affirmed.

Accordingly, it is ORDERED the Motion to Dismiss (Docket No. 9) is GRANTED.  Plaintiff Fenton's 28 U.S.C. § 2255 Motion (Docket No. 1) is summarily DISMISSED.

/s/ George Z. Singal
Chief United States District Judge

Dated this 22nd day of February, 2006.