UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| COLEMAN JOSEPH FENTON, JR., )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>**Defendant** ) | Crim. No.  02-57-P-S<br>Civil No. 05-181-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 31) filed June 30, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Reopen (Docket No. 20) 28 U.S.C. §2255 Petition is **GRANTED**.  The Government shall respond to the allegations of ineffective assistance in subsections (d),(e),(f),(g),(h),(i),(j),(p) and (s) of the Petition within sixty (60) days of the date of this Order.  The remainder of the pro se petition is summarily **DISMISSED.**

 /s/ George Z. Singal
Chief United States District Judge

Dated this 23rd day of July, 2008.