UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| COLEMAN JOSEPH FENTON, JR.,   )<br>)<br>)<br>v.   )<br>)   Criminal No. 02-57-P-S<br>UNITED STATES OF AMERICA,   )   Civil No. 05-181-P-S<br>)<br>) | |

ORDER DENYING PRO SE MOTION FOR RECONSIDERATION

Before the Court is Defendant's Pro Se Motion for Reconsideration (Docket # 56). The Court hereby DENIES the Motion.

While recognizing the fact that Defendant was given an extension until March 31, 2009 to file his Objection to the Recommended Decision, nothing in this February 27, 2009 Objection (Docket # 52) indicated that additional objections were to be filed. The March 31, 2009 deadline for receipt of objections has now passed and no additional substantive objections have been received. Therefore, the Court sees no basis to reconsider the merits of its March 19, 2009 Order Affirming the Recommended Decision (Docket # 53).

SO ORDERED.

/s/George Z. Singal
U.S. District Judge

Dated this 2nd day of April, 2009